UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARE INVESTMENT TRUST, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEAN-CLAUDE SAADA; CAMBRIDGE ONALP, INC.; CAMBRIDGE NASSAU BAY GP LLC; 6000 GREENVILLE, INC.; ALLEN MOB, INC.; 5280 MEDICAL DRIVE, INC.; CAMBRIDGE GORBUTT MOB, INC.; CAMBRIDGE TARRANT, INC.; CHMP MANAGER, LLC; CAMBRIDGE B/R, INC.; CAMBRIDGE-GREENVILLE DALLAS, LLC; PMC CAMBRIDGE OF PLANO, LTD; CAMBRIDGE-CROWN ATRIUM LLC; and CAMBRIDGE NORTH TEXAS HOLDINGS, LLC, <br><br> Defendants. | No. 3:09-cv-02256-K |

STIPULATION FOR ACCEPTANCE OF
SERVICE AND FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, that:

1. Defendants Jean-Claude Saada, Cambridge Onalp Inc., Cambridge Nassau Bay GP LLC, 6000 Greenville Inc., Allen MOB Inc., 5280 Medical Drive Inc., Cambridge Gorbutt MOB Inc., Cambridge Tarrant Inc., CHMP Manager LLC, Cambridge B/R Inc., Cambridge-Greenville Dallas LLC, PMC Cambridge of Plano Ltd., Cambridge Crown Atrium LLC and Cambridge North Texas Holdings LLC (collectively "Defendants") hereby authorize Jackson Walker L.L.P. and Paul, Weiss, Rifkind, Wharton & Garrison LLP to accept service of the complaint filed by plaintiff Care Investment Trust, Inc. (the "Complaint").

2.  The time for Defendants to answer or otherwise respond to the Complaint is hereby extended to and including January 29, 2010.

Dated: December 17, 2009

**FIGARI & DAVENPORT LLP**

By: _/s/ Lance Clack_
Earnest E. Figari, Jr.
Texas Bar No. 06983000
Lance V. Clack
State Bar No. 24040694
3400 Bank of America Plaza
901 Main Street, Suite 3400
Dallas, Texas 75202-3796
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
E-mail: ernest.figari@figdav.com
E-mail: lance.clack@figdav.com

**MCDERMOTT, WILL & EMERY LLP**

By: _/s/_
Bobby R. Burchfield
Jason A. Levine
600 Thirteenth Street, N.W.
Washington, DC 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
E-mail: bburchfield@mwe.com
E-mail: jlevine@mwe.com

*Attorneys for Plaintiff Care Investment Trust, Inc.*

**JACKSON WALKER L.L.P.**

By: _/s/ Robert Cohan_
Robert M. Cohan
Texas Bar No. 04506600
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6046
Facsimile: (214) 661-6612
Email: bcohan@jw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _/s/_
Richard A. Rosen*
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: rrosen@paulweiss.com

*Attorneys for Defendants Jean-Claude Saada, Cambridge Onalp Inc., Cambridge Nassau Bay GP LLC, 6000 Greenville Inc., Allen MOB Inc., 5280 Medical Drive Inc., Cambridge Gorbutt MOB Inc., Cambridge Tarrant Inc., CHMP Manager LLC, Cambridge B/R Inc., Cambridge-Greenville Dallas LLC, PMC Cambridge of Plano Ltd., Cambridge Crown Atrium LLC and Cambridge North Texas Holdings LLC*

---

* *Pro hac vice* admission application pending.