.AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| **Northern** | District of | **Texas** |

Care Investment Trust, Inc.

              Plaintiff,

### SUMMONS IN A CIVIL CASE

             V.

Jean-Claude Saada, et al.,

              Defendants,

Jean-Claude Saada, et al.,

              Counterclaim Plaintiffs,

             V.

Care Investment Trust, Inc.; CIT Healthcare, LLC;
Flint D. Besecker; ERC Sub, LP; and ERC Sub,LLC

              Counterclaim and Third
              Party Defendants.

CASE NUMBER:      3:09-CV-02256-K

      TO: (Name and address of Defendant)

          CIT Healthcare, LLC
          c/o registered agent
          C T Corporation System
          111 Eighth Avenue
          New York, NY  10011

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

          Robert M. Cohan
          Jackson Walker L.L.P.
          901 Main Street, Suite 6000
          Dallas, Texas   75202
          214-953-6000

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

.AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

☐ Left copies thereof at the defendant☐s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date              *Signature of Server*

                                  _____
                                  *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.