.AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**Northern** District of **Texas**

Care Investment Trust, Inc.
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Jean-Claude Saada, et al.,
    Defendants,

Jean-Claude Saada, et al.,
    Counterclaim Plaintiffs,

V.

Care Investment Trust, Inc.; CIT Healthcare, LLC;
Flint D. Besecker; ERC Sub, LP; and ERC Sub, LLC

    Counterclaim and Third
    Party Defendants.

CASE NUMBER:   3:09-CV-02256-K

TO: (Name and address of Defendant)

    ERC Sub, LLC
    c/o its registered agent
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington DE, 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert M. Cohan
    Jackson Walker L.L.P.
    901 Main Street, Suite 6000
    Dallas, Texas  75202
    214-953-6000

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

CLERK   [signature]

DATE  2/1/10

JSS-4

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

        __Northern__        District of        __Texas__

Care Investment Trust, Inc.
        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Jean-Claude Saada, et al.,
        Defendants,

Jean-Claude Saada, et al.,
        Counterclaim Plaintiffs,

CASE NUMBER:        3:09-CV-02256-K

V.

Care Investment Trust, Inc.; CIT Healthcare, LLC;
Flint D. Besecker; ERC Sub, LP; and ERC Sub, LLC

        Counterclaim and Third
        Party Defendants.


TO: (Name and address of Defendant)

    CIT Healthcare, LLC
    c/o registered agent
    C T Corporation System
    111 Eighth Avenue
    New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert M. Cohan
    Jackson Walker L.L.P.
    901 Main Street, Suite 6000
    Dallas, Texas 75202
    214-953-6000

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

DATE 2/1/10

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**Northern** District of **Texas**

Care Investment Trust, Inc.
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Jean-Claude Saada, et al.,
    Defendants,

Jean-Claude Saada, et al.,
    Counterclaim Plaintiffs,

CASE NUMBER:   3:09-CV-02256-K

V.

Care Investment Trust, Inc.; CIT Healthcare, LLC;
Flint D. Besecker; ERC Sub, LP; and ERC Sub, LLC

    Counterclaim and Third
    Party Defendants.

TO: (Name and address of Defendant)

    ERC Sub, L.P.
    c/o its registered agent,
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington DE, 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert M. Cohan
    Jackson Walker L.L.P.
    901 Main Street, Suite 6000
    Dallas, Texas  75202
    214-953-6000

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

CLERK

(By) DEPUTY CLERK

DATE  2/1/10

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

Care Investment Trust, Inc.
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Jean-Claude Saada, et al.,
    Defendants,

Jean-Claude Saada, et al.,
    Counterclaim Plaintiffs,

V.

Care Investment Trust, Inc.; CIT Healthcare, LLC;
Flint D. Besecker; ERC Sub, LP; and ERC Sub, LLC

    Counterclaim and Third
    Party Defendants.

CASE NUMBER: 3:09-CV-02256-K

TO: (Name and address of Defendant)

    Mr. Flint D. Besecker
    26 Edswood Ct
    Orchard Park, NY 14127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert M. Cohan
    Jackson Walker L.L.P.
    901 Main Street, Suite 6000
    Dallas, Texas 75202
    214-953-6000

an answer to the complaint which is served on you with this summons, within __21__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

CLERK

(By) DEPUTY CLERK

DATE 2/1/10