IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARE INVESTMENT TRUST, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JEAN-CLAUDE SAADA, et al., | § | |
| | § | |
| Defendants. | § | Civil Action No. |
| ―――――――――――――――― | § | |
| | § | 3:09-CV-02256-K |
| JEAN-CLAUDE SAADA, et al., | § | |
| | § | |
| Counterclaim Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| CARE INVESTMENT TRUST, INC., et al., | § | |
| | § | |
| Counterclaim and Third-Party Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss Plaintiff's Fourth and Fifth Causes of Action (Doc. No. 39), filed on January 27, 2010. The Court **DENIES** the motion.

Also before the Court is Plaintiff's Motion to Dismiss Counterclaims and Third-

Party Complaint (Doc. No. 47), filed on March 5, 2010.  The Court **DENIES** the motion.

    **SO ORDERED**

Signed April 13th, 2010

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE