# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

CARE INVESTMENT TRUST, INC.,

    Plaintiff,

v.

JEAN-CLAUDE SAADA; CAMBRIDGE ONALP, INC.; CAMBRIDGE NASSAU BAY GP LLC; 6000 GREENVILLE, INC.; ALLEN MOB, INC.; 5280 MEDICAL DRIVE, INC.; CAMBRIDGE GORBUTT MOB, INC.; CAMBRIDGE TARRANT, INC.; CHMP MANAGER, LLC; CAMBRIDGE B/R, INC.; CAMBRIDGE-GREENVILLE DALLAS, LLC; PMC CAMBRIDGE OF PLANO, LTD; CAMBRIDGE-CROWN ATRIUM LLC; and CAMBRIDGE NORTH TEXAS HOLDINGS, LLC,

    Defendants.

JEAN-CLAUDE SAADA; CAMBRIDGE ONALP, INC.; CAMBRIDGE NASSAU BAY GP LLC; 6000 GREENVILLE, INC.; ALLEN MOB, INC.; 5280 MEDICAL DRIVE, INC.; CAMBRIDGE GORBUTT MOB, INC.; CAMBRIDGE TARRANT, INC.; CHMP MANAGER, LLC; CAMBRIDGE B/R, INC.; CAMBRIDGE-GREENVILLE DALLAS, LLC; PMC CAMBRIDGE OF PLANO, LTD; CAMBRIDGE-CROWN ATRIUM LLC; and CAMBRIDGE NORTH TEXAS HOLDINGS, LLC,

    Counterclaim Plaintiffs,

v.

CARE INVESTMENT TRUST, INC.; CIT HEALTHCARE, LLC; FLINT D. BESECKER; and ERC SUB, LP,

    Counterclaim and Third Party Defendants.

No. 3:09-cv-02256-K

**JURY DEMAND**

Defendants and Counterclaim Plaintiffs Jean-Claude Saada, Cambridge Onalp, Inc., Cambridge Nassau Bay GP LLC, 6000 Greenville, Inc., Allen MOB, Inc., 5280 Medical Drive, Inc., Cambridge Gorbutt MOB, Inc., Cambridge Tarrant, Inc., CHMP Manager, LLC, Cambridge B/R, Inc., Cambridge-Greenville Dallas, LLC, PMC Cambridge of Plano, Ltd., Cambridge-Crown Atrium LLC, and Cambridge North Texas Holdings, LLC, hereby demand a trial by jury on all issues, claims, and counterclaims for which a right to a jury trial exists.

JACKSON WALKER L.L.P.

By: /s/ *William D. Ellerman*
    Robert M. Cohan
    Texas Bar No. 04506600
    Email: bcohan@jw.com
    William D. Ellerman
    Texas Bar No. 24007151
    Email: wellerman@jw.com
    901 Main Street, Suite 6000
    Dallas, Texas 75202
    Telephone: (214) 953-6000
    Facsimile: (214) 953-5822

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *Richard A. Rosen*
    Richard A. Rosen (*pro hac vice*)
    New York Bar No. 1663830
    E-mail: rrosen@paulweiss.com
    James L. Brochin (*pro hac vice*)
    New York Bar No. 2493575
    Email: jbrochin@paulweiss.com
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990

> *Attorneys for Defendants and Counterclaim Plaintiffs Jean-Claude Saada, Cambridge Onalp Inc., Cambridge Nassau Bay GP LLC, 6000 Greenville Inc., Allen MOB Inc., 5280 Medical Drive Inc., Cambridge Gorbutt MOB Inc., Cambridge Tarrant Inc., CHMP Manager LLC, Cambridge B/R Inc., Cambridge-Greenville Dallas LLC, PMC Cambridge of Plano Ltd., Cambridge Crown Atrium LLC and Cambridge North Texas Holdings LLC*

## Certificate of Service

This is to certify that on this 6th day of May, 2010, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically as authorized by Federal Rule of Civil Procedure 5(b)(2).

> */s/ William D. Ellerman*
> William D. Ellerman

5804687v.1