# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **CARE INVESTMENT TRUST, INC.,**<br><br>     **Plaintiff,**<br>  -v.-<br><br>**JEAN-CLAUDE SAADA**, *et al.*,<br><br>     **Defendants.**<br><br>**JEAN-CLAUDE SAADA**, *et al.*,<br><br>     **Counterclaim Plaintiffs,**<br>  -v.-<br><br>**CARE INVESTMENT TRUST, INC.**, *et al.*,<br><br>     **Counterclaim and Third-Party Defendants.** | No. 3:09-cv-02256-K |

## COUNTERCLAIM AND THIRD-PARTY DEFENDANTS' MOTION FOR LEAVE TO FILE AN AMENDED ANSWER AND COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 13(e), Counterclaim Defendant Care Investment Trust, Inc. ("Care") and Third-Party Defendants ERC Sub, L.P., ERC Sub, LLC, CIT Healthcare LLC, and Mr. Flint D. Besecker (collectively, the "Care Parties") hereby request leave to amend their Answer to add a new Counterclaim by ERC Sub, L.P. that matured only *after* the Care Parties filed their initial Answer.  The proposed Amended Answer and Counterclaim are submitted herewith (as Ex. A hereto).  As explained in greater detail in the accompanying Memorandum of Law, ERC Sub, L.P. seeks to assert a new Counterclaim arising out of a breach of contract by four of the Defendants that ripened on June 18, 2010, just three days ago. This Motion for Leave to Amend is within this Court's deadline of June 21, 2010—today—for adding new claims.

As explained in greater detail in the accompanying Memorandum of Law, the Care Parties request that the Court grant this Motion for Leave to File an Amended Answer and Counterclaim.

Respectfully submitted,

| | |
|---|---|
| Bobby R. Burchfield (*pro hac vice*) | /s/ Ernest E. Figari, Jr. |
| Jason A. Levine (*pro hac vice*) | Ernest E. Figari, Jr. |
| MCDERMOTT WILL & EMERY LLP | FIGARI & DAVENPORT, L.L.P. |
| 600 Thirteenth Street, N.W. | 3400 Bank of America Plaza |
| Washington, D.C. 20005-3096 | 901 Main Street, Suite 3400 |
| Telephone: 202.756.8000 | Dallas, Texas 75202-3796 |
| Facsimile: 202.756.8087 | Telephone: 214.939.2000 |
| | Facsimile: 214.939.2090 |
| | |
| | *Attorneys for Plaintiff and Counterclaim Defendant Care Investment Trust, Inc.; and for Third-Party Defendants CIT Healthcare, LLC; Flint D.* |
| Dated: June 21, 2010 | *Besecker; ERC Sub, LP; and ERC Sub LLC* |

## CERTIFICATE OF SERVICE

    I, John H. Walker, hereby certify that on this day I caused a true and correct copy of the foregoing Counterclaim and Third-Party Defendants' Motion for Leave to File an Amended Answer and Counterclaim and attachments thereto to be served upon all counsel named below by electronic case filing using the CM/ECF system, which will send automatic notification of the filing to the following:

        Richard A. Rosen
        James L. Brochin
        PAUL WEISS RIFKIND
           WHARTON & GARRISON LLP
        1285 Avenue of the Americas
        New York, N.Y. 10019

        Robert M. Cohan
        William D. Ellerman
        JACKSON WALKER L.L.P.
        NationsBank Plaza
        901 Main Street, Suite 6000
        Dallas, TX 75202

        *Attorneys for Defendants and Counterclaim Plaintiffs Jean-Claude Saada; Cambridge Onalp, Inc.; Cambridge Nassau Bay GP LLC; 6000 Greenville, Inc.; Allen MOP, Inc.; 5280 Medical Drive, Inc.; Cambridge Gorbutt MOB, Inc.; Cambridge Tarrant, Inc.; CHMP Manager, LLC; Cambridge B/R, Inc.; Cambridge-Greenville Dallas, LLC; PMC Cambridge of Plano, Ltd.; Cambridge-Crown Atrium LLC; and Cambridge North Texas Holdings, LLC*

Dated: June 21, 2010                              /s/ John H. Walker
                                                  John H. Walker