UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARE INVESTMENT TRUST, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JEAN-CLAUDE SAADA; CAMBRIDGE ONALP, INC.; CAMBRIDGE NASSAU BAY GP LLC; 6000 GREENVILLE, INC.; ALLEN MOB, INC.; 5280 MEDICAL DRIVE, INC.; CAMBRIDGE GORBUTT MOB, INC.; CAMBRIDGE TARRANT, INC.; CHMP MANAGER, LLC; CAMBRIDGE B/R, INC.; CAMBRIDGE-GREENVILLE DALLAS, LLC; PMC CAMBRIDGE OF PLANO, LTD; CAMBRIDGE-CROWN ATRIUM LLC; and CAMBRIDGE NORTH TEXAS HOLDINGS, LLC,<br><br>    Defendants.<br><br>JEAN-CLAUDE SAADA; CAMBRIDGE ONALP, INC.; CAMBRIDGE NASSAU BAY GP LLC; 6000 GREENVILLE, INC.; ALLEN MOB, INC.; 5280 MEDICAL DRIVE, INC.; CAMBRIDGE GORBUTT MOB, INC.; CAMBRIDGE TARRANT, INC.; CHMP MANAGER, LLC; CAMBRIDGE B/R, INC.; CAMBRIDGE-GREENVILLE DALLAS, LLC; PMC CAMBRIDGE OF PLANO, LTD; CAMBRIDGE-CROWN ATRIUM LLC; and CAMBRIDGE NORTH TEXAS HOLDINGS, LLC,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>CARE INVESTMENT TRUST, INC.; CIT HEALTHCARE, LLC; FLINT D. BESECKER; ERC SUB, LP; and ERC SUB, LLC,<br><br>    Counterclaim and Third Party Defendants. | No. 3:09-cv-02256-K |

**JOINT DESIGNATION OF MEDIATOR**

Pursuant to the Court's Scheduling Order dated May 6, 2010, the parties have agreed to designate Eric D. Green, Resolutions, LLC, 222 Berkeley Street, Suite 1060, Boston, Massachusetts 02116, as mediator. A mediation of this case will be conducted in Dallas, Texas prior to the Court's deadline of December 10, 2010.

By: /s/ Ernest E. Figari
Ernest E. Figari, Jr.
Texas Bar No. 06983000
E-mail: ernest.figari@figdav.com
FIGARI & DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street, Suite 3400
Dallas, Texas 75202-3796
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

By: /s/ Robert M. Cohan
Robert M. Cohan
Texas Bar No. 04506600
Email: bcohan@jw.com
William D. Ellerman
Texas Bar No. 24007151
Email: wellerman@jw.com
JACKSON WALKER LLP
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

By: /s/ Bobby R. Burchfield
Bobby R. Burchfield (*pro hac vice*)
E-mail: bburchfield@mwe.com
Jason A. Levine (*pro hac vice*)
E-mail: jlevine@mwe.com
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

By: /s/ Richard A. Rosen
Richard A. Rosen (*pro hac vice*)
E-mail: rrosen@paulweiss.com
James L. Brochin (*pro hac vice*)
E-mail: jbrochin@paulweiss.com
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Plaintiff and Counterclaim Defendant Care Investment Trust, Inc. and for Third-Party Defendants CIT Healthcare, LLC; Flint D. Besecker; ERC Sub, LP; and ERC Sub, LLC*

*Attorneys for Defendants and Counterclaim Plaintiffs Jean-Claude Saada, Cambridge Onalp Inc., Cambridge Nassau Bay GP LLC, 6000 Greenville Inc., Allen MOB Inc., 5280 Medical Drive Inc., Cambridge Gorbutt MOB Inc., Cambridge Tarrant Inc., CHMP Manager LLC, Cambridge B/R Inc., Cambridge-Greenville Dallas LLC, PMC Cambridge of Plano Ltd., Cambridge Crown Atrium LLC and Cambridge North Texas Holdings LLC*

Dated: July 2, 2010